AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, <br> *Plaintiff(s)* <br> v. <br> CAROLINO TRAFFIC CONTROL, INC., a California corporation, doing business as CAROLINO BUILDERS <br> *Defendant(s)* | Civil Action No. 2:17-cv-00841-PLA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Carolino Traffic Control, Inc., a California corporation, doing business as Carolino Builders
903 Highland Avenue
National City, California 91950

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Reich, Adell & Cvitan, A Professional Law Corporation
Attn: Marsha M. Hamasaki, Esq.
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California 90010
Tel: (213) 386-3860; Fax: (213) 386-5583

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Febraury 3, 2016

*Signature of Clerk or Deputy Clerk*

AO-440