1

2                                                     JS-6

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11   CONSTRUCTION LABORERS                Case No.: CV 17-841-DMG(AGRx)
     TRUST FUNDS FOR SOUTHERN
12   CALIFORNIA ADMINISTRATIVE
     COMPANY, a Delaware limited          JUDGMENT PURSUANT TO
13   liability company,                   STIPULATION [24]

14
                  Plaintiff,
15
            vs.
16
     CAROLINO TRAFFIC CONTROL,
17   INC., a California corporation also
     known as and doing business as dba
18   CAROLINO BUILDERS,

19
                  Defendant.
20

21

22

23

24

25

26

27

28

-1-

PURSUANT TO THE STIPULATION FOR ENTRY OF JUDGMENT by and between the Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, a fiduciary, administrator, agent and assignee for collection to the CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC., and Defendant, CAROLINO TRAFFIC CONTROL, INC., a California corporation also known as and doing business as dba CAROLINO BUILDERS, IT IS HEREBY ORDERED:

1.    Judgment is entered in favor of the CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, the administrator, agent for collection and a fiduciary to the Laborers Health And Welfare Trust Fund For Southern California, Construction Laborers Pension Trust For Southern California, Construction Laborers Vacation Trust For Southern California, Laborers Training And Re-Training Trust Fund For Southern California, Fund For Construction Industry Advancement, Center For Contract Compliance, Laborers Contract Administration Trust Fund For Southern California, Laborers' Trusts Administrative Trust Fund For Southern California, Southern California Partnership for Jobs Trust Fund; San Diego County Construction Laborers Pension Trust Fund and San Diego Construction Advancement Fund 2003 (hereinafter collectively "TRUST FUNDS"), and against Defendant, CAROLINO TRAFFIC CONTROL, INC., a California corporation also known as and doing business as dba CAROLINO BUILDERS ("EMPLOYER") ("EMPLOYER") for the sum of $40,392.40, covering the period from January 1, 2012 to January 31, 2016 only ("JUDGMENT".)

2.    IT IS FURTHER ORDERED that the Judgment  against EMPLOYER shall not be construed to be a waiver and/or release of the TRUST FUNDS' legal rights

-2-

and remedies to recover from A. CAROLINO any such amounts due under the JUDGMENT under the terms of the settlement agreement between the TRUST FUNDS, EMPLOYER and A. CAROLINO and A. CAROLINO'S personal guaranty to pay the amounts due under the terms of a settlement agreement if not paid by EMPLOYER. Therefore, this Judgment shall not be a bar or construed to be res judicata or collateral estoppel to any legal proceeding to seek recovery of any amounts claimed as owed by A. CAROLINO to the TRUST FUNDS.

All scheduled dates and deadlines are VACATED.

DATED: October 18, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE