UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CAROLINO TRAFFIC CONTROL, INC., a California corporation also known as and doing business as dba CAROLINO BUILDERS,<br><br>Defendant. | Case No.: CV 17-841-DMG (AGRx)<br><br>**AMENDED JUDGMENT** |

Judgment is entered, *nunc pro tunc* to October 18, 2017, in favor of the CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, the administrator, agent for collection and a fiduciary to the Laborers Health And Welfare Trust Fund For Southern California, Construction Laborers Pension Trust For Southern California, Construction Laborers Vacation Trust For Southern California, Laborers Training And Re-Training Trust Fund For Southern California, Fund For Construction Industry Advancement, Center For Contract Compliance, Laborers Contract Administration Trust Fund For Southern California, Laborers' Trusts Administrative Trust Fund For Southern California, Southern California Partnership for Jobs Trust Fund; San Diego County Construction Laborers Pension Trust Fund and San Diego Construction Advancement Fund 2003 (hereinafter collectively "TRUST FUNDS"), and against Defendant, CAROLINO TRAFFIC CONTROL, INC., a California corporation also known as and doing business as dba CAROLINO BUILDERS ("EMPLOYER") for the sum of $40,392.40, covering the period from January 1, 2012 to January 31, 2016 only.

DATED: October 26. 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE